**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WILLIAM BRIGGS,
    Plaintiff,

vs.                                      CASE NO. 8:07-CIV-506-T-17-EAJ

SECRETARY, DEPARTMENT OF
VETERANS AFFAIRS,
    Defendant.
_____/

**ORDER OF DISMISSAL**

This cause is before the Court <u>sua sponte</u>. The Court directed the plaintiff to show cause, on or before October 8, 2007, why this case should not be dismissed for failure to prosecute, based on the failure to timely serve the defendant. To date there has been no further action. Accordingly, it is

**ORDERED** that this cause of action be **dismissed** for failure to prosecute and the Clerk of Court shall close the case and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 10th day of October, 2007.



Copies to: All parties and counsel of record